**ADVANCE AMERICA**
CASH ADVANCE

**CUSTOMER AGREEMENT**
DATE ISSUED 05/01/2015
TIME 04:04:24 PM
LOAN ID # 116550093
TAN# 76832932

CUSTOMER COMMENT LINE: 1-800-916-6519

---

**LENDER:**
Advance America, Cash Advance Centers of Florida, LLC
d/b/a Advance America, Cash Advance, Inc.
1521 South Combee Road 2
Lakeland, Florida 33801
Phone: (863)667-2327   Fax: (863)665-9651
Registration #: 52363

**BORROWER:**
Henry Smalls
1109 East Orange Street, A
Lakeland, Florida 33801
Phone: (727)225-3299   Social Security #: ***-**-0650
Date of Birth: 09/22/1974   State DL #: S542392743420
Customer #: 1205102
State ID/Alien Reg. #: N/A

**The Parties.** This agreement is between Henry Smalls ("you", "your") and Advance America, Cash Advance Centers of Florida, LLC ("Advance America", "we", "us"). We are a deferred presentment provider regulated by the Florida Office of Financial Regulation, located at 200 E. Gaines Street, Tallahassee, FL 32399-0376. Their consumer helpline number is 1-800-342-2762.

**Your Loan.** We agree to loan you $300.00. For that loan, we will charge you an advance fee of $30.00 and a verification fee of $5.00. You agree to return to this center in person on or before the due date and repay the loan in cash, money order, or cashier's check. The "ACH Authorization" section below gives us permission to electronically debit your bank account if we have not received the full amount of your loan plus fees by the close of business on the Due Date.

**Due Date.** You must either pay the loan amount and fees or request a grace period in person by 7:00 p.m. on Thursday, May 14, 2015. Your due date is 13 days from today.

**Federal Truth-In-Lending Act Disclosures.**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 327.56% | $35.00 | $300.00 | $335.00 |

**Payment Schedule.** One payment in the amount of $335.00, is due on Thursday, May 14, 2015.
**Security.** You are giving an ACH Authorization as security for this loan.
**Prepayment.** If you pay off early, you may be entitled to a rebate of the finance charge.
See the terms below and on page 2 of this agreement for additional information about nonpayment, default, and prepayment refunds.

Itemization of Amount Financed of $300.00: Amount given to you directly: $300.00.

**Right to Cancel.** You may cancel this loan and avoid paying any fees by returning either the loan proceeds check we gave you or the loan amount in cash, cashier's check or money order before our office closes on Saturday, May 2, 2015.

**Prepayment.** If you pay off early, you will not receive a refund of any part of the fee unless you cancel your loan as provided in the "Right to Cancel" section above.

**Nonpayment and Default.** If you do not pay your loan amount and fees in full by the close of business on the due date, we may process your ACH Authorization for collection unless you have requested a grace period. If your ACH debit entry is returned, we may seek collection pursuant to Fl. St. 68.065, except that we shall not be entitled to collect treble damages. In addition, you agree to pay a returned item charge of $30. Each time your ACH debit entry is returned unpaid, your bank may charge you a fee.

**ACH Authorization.** You are giving us permission to initiate an electronic debit to your bank account number 0000474956722 at Gte Federal Credit Union with routing number 263182794 for the full unpaid amount of your loan plus fee at any time after your Due Date. You authorize us to verify all of the information that you have provided about your bank account, including the name of your bank, your bank routing and transit numbers, and your account number. If any of the information you provided is incorrect or incomplete, you authorize us to verify and correct that information. You acknowledge and agree that our authority to initiate electronic debits to your bank account ends when the earlier of the following occurs: (1) the unpaid amount of your loan plus fee is reduced to zero or (2) you revoke your authorization by presenting us with a signed ACH Revocation Form in such time as to give us and your bank a reasonable opportunity to act on it. If any electronic debit we initiate under this ACH Authorization is returned unpaid for insufficient funds, we may re-present the debit a maximum of two (2) additional times within 180 days of the first entry.

Initial (ACH and proceeds): H.S.

**Proceeds.** You have chosen to have the proceeds of the loan distributed to you by Cash.

**Ways to Contact You.** We may contact you about our services as well as your loan by any of the following means: text messaging, email, and calls to your home, work, or cell phones.

**Security.** The disclosure of the ACH Authorization as a security interest is for Truth-In-Lending Act purposes only and not intended to create a security interest in the ACH Authorization under Florida law.

**Assignment.** We may sell or transfer this agreement or any of our rights under this agreement to any party, including a collection agency.

**Governing Law.** This agreement will be governed by the laws of the State of Florida, except the section on Dispute Resolution, which is governed by the Federal Arbitration Act.

**Severability Clause.** If any provision of this agreement is held unenforceable, such provision will be unenforceable, and the remainder of this agreement will remain operative and binding on you and us.

Initial: H.S

Page 1 of 2

**EXHIBIT A**

NOTICE

1. STATE LAW PROHIBITS YOU FROM HAVING MORE THAN ONE DEFERRED PRESENTMENT AGREEMENT AT ANY ONE TIME. STATE LAW ALSO PROHIBITS YOU FROM ENTERING INTO A DEFERRED PRESENTMENT AGREEMENT WITHIN 24 HOURS OF TERMINATING ANY PREVIOUS DEFERRED PRESENTMENT AGREEMENT. FAILURE TO OBEY THIS LAW COULD CREATE SEVERE FINANCIAL HARDSHIP FOR YOU AND YOUR FAMILY. YOU MUST SIGN THE FOLLOWING STATEMENT:

I DO NOT HAVE AN OUTSTANDING DEFERRED PRESENTMENT AGREEMENT WITH ANY DEFERRED PRESENTMENT PROVIDER AT THIS TIME. I HAVE NOT TERMINATED A DEFERRED PRESENTMENT AGREEMENT WITHIN THE PAST 24 HOURS. _____ (Signature of Customer)

2. YOU CANNOT BE PROSECUTED IN CRIMINAL COURT FOR A CHECK WRITTEN UNDER THIS AGREEMENT, BUT ALL LEGALLY AVAILABLE CIVIL MEANS TO ENFORCE THE DEBT MAY BE PURSUED AGAINST YOU.

3. STATE LAW PROHIBITS A DEFERRED PRESENTMENT PROVIDER (THIS BUSINESS) FROM ALLOWING YOU TO "ROLL OVER" YOUR DEFERRED PRESENTMENT TRANSACTION. THIS MEANS THAT YOU CANNOT BE ASKED OR REQUIRED TO PAY AN ADDITIONAL FEE IN ORDER TO FURTHER DELAY THE DEPOSIT OR PRESENTMENT OF YOUR CHECK FOR PAYMENT. IF YOU INFORM THE PROVIDER IN PERSON THAT YOU CANNOT COVER THE CHECK OR PAY IN FULL THE AMOUNT OWING AT THE END OF THE TERM OF THIS AGREEMENT, YOU WILL RECEIVE A GRACE PERIOD EXTENDING THE TERM OF THE AGREEMENT FOR AN ADDITIONAL 60 DAYS AFTER THE ORIGINAL TERMINATION DATE, WITHOUT ANY ADDITIONAL CHARGE. THE DEFERRED PRESENTMENT PROVIDER SHALL REQUIRE THAT YOU, AS A CONDITION OF OBTAINING THE GRACE PERIOD, COMPLETE CONSUMER CREDIT COUNSELING PROVIDED BY AN AGENCY INCLUDED ON THE LIST THAT WILL BE PROVIDED TO YOU BY THIS PROVIDER. YOU MAY ALSO AGREE TO COMPLY WITH AND ADHERE TO A REPAYMENT PLAN APPROVED BY THAT AGENCY. IF YOU DO NOT COMPLY WITH AND ADHERE TO A REPAYMENT PLAN APPROVED BY THAT AGENCY, WE MAY DEPOSIT OR PRESENT YOUR CHECK FOR PAYMENT AND PURSUE ALL LEGALLY AVAILABLE CIVIL MEANS TO ENFORCE THE DEBT AT THE END OF THE 60-DAY GRACE PERIOD.

**DISPUTE RESOLUTION (ARBITRATION/CLASS ACTION WAIVER)**

If you have any dispute with us or if we have any dispute with you, then both you and we must seek resolution of the dispute in either arbitration or small claims court. If your dispute cannot be resolved in small claims court for any reason, then you must seek resolution of your dispute in arbitration. You may not pursue the resolution of any dispute in any forum as a representative, as a private attorney general, or as part of a class action, and you may not be a named or unnamed class member or representative in any such action. If you seek resolution of your dispute in arbitration, we will pay: (1) the arbitrator's fees and any other reasonable expenses charged by the arbitration provider, and (2) your reasonable attorney fees if you recover an award of monetary and / or equitable relief that is greater in value than any we previously offered in writing to settle your dispute. We will not be entitled to recover any fees or arbitration expenses from you. The arbitration hearing will be held before a nationally recognized provider of arbitration services at a location of your choice within your home state. The rules of the arbitration provider will apply. This dispute resolution agreement does not alter any substantive rights that you may have under State or Federal law. By signing below, you agree to comply with this dispute resolution (arbitration/class action waiver) provision, which describes both your and our only procedure for resolving any dispute. You may opt out of this dispute resolution (arbitration/class action waiver) provision by following the instructions below. We will be bound by your opt out election. Only the arbitrator, not any federal, state, or local court or agency, has the authority to interpret this provision or determine its applicability or enforceability.

**DISPUTE RESOLUTION OPT-OUT**

Within 30 days after entering into this transaction, you may opt out of the above dispute resolution (arbitration/class action waiver) provision by sending a letter to Advance America, Cash Advance Centers of Florida, LLC, Attn: Arbitration Opt Out, P.O. Box 3058, Spartanburg, SC 29304-3058. Your opt-out applies only to this transaction. You may opt out each time you enter into a transaction with us, but you must send a separate opt out letter for each transaction. Please include your name, address, social security number, and the date of this transaction in your letter.

By signing this agreement, you agree and confirm:
- you have read, understand, and agree to all of its terms;
- the agreement was completed prior to you signing;
- all information provided by you to obtain this loan is accurate;
- you are not currently involved in or planning to file bankruptcy proceedings;
- this agreement contains all of the terms agreed to between you and us regarding your loan;
- your ACH Authorization was given for a legitimate, open and active checking account; and,
- you have not relied on us to act in your interest as to this transaction.

Borrower's Signature: _____    Advance America, Cash Advance Centers of Florida, LLC
Date: 5/1/15                                     By: _____
                                                 Title: _____   Date: 5/1/15

Comments or questions may be directed to our Comment Line at the following toll-free number: 1-800-916-6519.

Page 2 of 2