UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY SMALLS,

    Plaintiff,

v.        Case No. 8:16-cv-2971-T-24 AEP

ADVANCE AMERICA, CASH ADVANCE
CENTERS, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Compel Arbitration and to Stay Proceedings. (Doc. No. 7). Plaintiff does not oppose the motion. (Doc. No. 10). Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendant's Motion to Compel Arbitration and to Stay Proceedings (Doc. No. 7) is **GRANTED.**

(2) This case is **STAYED** pending arbitration.

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

(4) Plaintiff is directed to file a status report on June 1, 2017, and every two months thereafter, informing the Court of the status of the arbitration proceedings and whether this case may be dismissed and closed.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of December, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record