UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY SMALLS

    Plaintiff,

v.                                                        CASE NO.:  8:16-cv-02971-SCB-AEP

ADVANCE AMERICA, CASH ADVANCE
CENTERS, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff and the Defendant, jointly and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| s/ *Geoffrey E. Parmer, Esq.* | s/ *Samual Miller* |
| Geoffrey E. Parmer, Esquire | Samual Miller, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 0059314 |
| Geoff@TheConsumerProtectionFirm.com | Primary e-mail: Samual.Miller@akerman.com |
| The Consumer Protection Firm, PLLC | Secondary e-mail: susan.cali@akerman.com |
| 210 A South MacDill Avenue | AKERMAN LLP |
| Tampa, FL 33609 | 420 S. Orange Avenue, Suite 1200 |
| Tele: (813) 500-1500 | Orlando, Florida 32802 |
| Fax: (813) 435-2369 | Telephone: (407) 423-4000 |
| | Facsimile: (407) 254-4261 |
| Attorney for Plaintiff | Attorneys for Advance America, Cash Advance Centers of Florida, LLC and Advance America, Cash Advance Centers, Inc. |